Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CAUSE NO. CR14-00100MJP |
| v. | ) ORDER GRANTING SECOND |
| | ) UNOPPOSED MOTION TO CONTINUE |
| SETH MORGAN, | ) TRIAL DATE AND MOTION DEADLINE |
| Defendant. | ) |

THE COURT has considered the defendant's second unopposed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of September 8, 2014, until the new trial date of November 3, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

**ORDER GRANTING
SECOND UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
AND MOTION DEADLINE, Page - 1**

**LAW OFFICE OF MICHAEL IARIA PS**
1111 Third Avenue Building
Suite 2220
Seattle, Washington 98101
206.400.7656

IT IS THEREFORE ORDERED that the trial date in this matter is continued to November 3, 2014, and that pretrial motions shall be filed no later than September 15, 2014.

DONE this 31st day of July, 2014.

_____
Marsha J. Pechman
United States District Judge

Presented by:

/s/Michael P. Iaria
Michael P. Iaria
WSBA No. 15312
Attorney for Seth Morgan
1111 3rd Avenue, Suite 2220
Seattle, WA  98101
Ph: 206-400-7576
Fax: 274-4939
mpi@iaria-law.com

ORDER GRANTING
SECOND UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
AND MOTION DEADLINE,  Page - 2

LAW OFFICE OF MICHAEL IARIA PS
1111 Third Avenue Building
Suite 2220
Seattle, Washington 98101
206.400.7656