Chief Judge Marsha J. Pechman

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14

UNITED STATES OF AMERICA,

Plaintiff,

v.

SETH MORGAN,

Defendant.

NO. CR14-100 MJP

ORDER FINDING DEFENDANT
COMPETENT TO STAND TRIAL

15
16
17
18
19
20
21
22

Based upon the information presented in the Forensic Evaluation of Defendant Seth Morgan conducted by Dr. Ryan Nybo, Psy.D, Forensic Unit Psychologist ("the Nybo Report"), dated February 17, 2015, this Court finds, by a preponderance of the evidence, that Defendant 1) has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding, and 2) that Defendant has a rational as well as factual understanding of the proceedings against him. As a result, the Court concludes that Defendant is mentally competent to stand trial in this matter.

23
24
25
26

The Court further finds that the period of time from October 13, 2014, the date on which defense counsel filed a Sealed Motion to Hold Competency Hearing, until the new trial date of June 8, 2015, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A).

27
28

UNITED STATES v. MORGAN./CR14-100 MJP
[PROPOSED] ORDER FINDING DEFENDANT COMPETENT
TO STAND TRIAL -1

1    Accordingly, IT IS HEREBY ORDERED that Defendant Seth Morgan is mentally

2  competent to stand trial, and that the trial in this case shall commence on the 8th day of

3  June, 2015.

4

5    DATED this 13th day of March, 2015.

6

7

8

9

10

11    _____

Marsha J. Pechman

12    United States District Judge

13

14

15

16  Presented by:

17

18  *s/Catherine  L. Crisham*

19  CATHERINE L. CRISHAM

20  *s/Rebecca  S. Cohen*

21  REBECCA S. COHEN

22  Assistant United States Attorneys

23

24

25

26

27

28

UNITED STATES v. MORGAN./CR14-100 MJP
[PROPOSED] ORDER FINDING DEFENDANT COMPETENT
TO STAND TRIAL -2