UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>SETH ISAAC MORGAN,<br>Defendant | NO.  CR  14-100 MJP<br><br>Order Granting Defendant's Motion to Seal |
|---|---|

**Order**

Defendant Seth Morgan moves the Court to Seal the Medical Records filed in connection with his Motion for Compassionate Release.  The Court GRANTS the motion, finding that these records contain sensitive information and that Mr. Morgan's right to privacy outweighs the public's right to view the same.

Entered this 19th day of January 2021.

*[signature]*
Marsha J. Pechman
United States District Judge

Order Granting Motion to Seal                1                PHIL BRENNAN, Esq.
                                                              P.O. Box 20432
                                                              Seattle, WA 98102
                                                              (206) 372-5881