The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 14-CR-100-MJP |
|---|---|
| Plaintiff | |
| v. | **ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |
| SETH MORGAN, | |
| Defendant. | |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion should be filed on or before January 28, 2021; and

b. Any reply should then be filed on or before February 4, 2021; and

c. The matter noted for February 5, 2021.

DATED this 19th day of January, 2021.

MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Morgan,* CR14-100-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970